# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William A. McDowell ,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:10-cv-582
                                                      3:07-cr-173-2

USA,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 22, 2010 Order.

                                              Signed: November 22, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court